# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAIME ARTURO SANCHEZ SALGUERO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACT. NO. 1:19-cv-458-TFM-M |
| JOHNSON CONTROLS, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is *Plaintiff's Stipulation of Dismissal With Prejudice*, filed November 26, 2019, in which the plaintiff, Jaime Arturo Sanchez Salguero ("Plaintiff") requests that the Court dismiss this lawsuit with prejudice as to all parties and claims. Doc. 10. Plaintiff indicates that the parties have settled all the claims at issue. Although the stipulation is filed by Plaintiff, it is also signed by the only defendant that has appeared in this case—Donald Anthony Gilmore.

The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A).

Although Plaintiff does not specifically stipulate dismissal under Rule 41(a)(1)(A), he notes that the stipulation is signed by all parties who have appeared in the case. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed in accordance with the

notice. Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 27th day of November 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE